John G. Bergmann, WSBA #0386
HELSELL FETTERMAN, LLP
1001 Fourth Avenue
Suite 4200
Seattle, WA 98154
Tel: 206-689-2141
Fax: 206-340-0902
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN ~~DISTRICT~~ OF WASHINGTON

| | |
|---|---|
| MICHAEL J. RUMMEL,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF YAKIMA, a municipal corporation,<br><br>    Defendant. | No. CV 08-3074-RHW<br><br>ORDER OF VOLUNTARY DISMISSAL OF COMPLAINT WITHOUT PREJUDICE |

## ORDER

Pursuant to the stipulation and agreement of the parties and under authority of FRCP 41, it is hereby ordered that the plaintiff's complaint against the defendant be and hereby is dismissed without prejudice and without costs.

DATED this 4th day of February, 2009.

_____
Judge Robert H. Whaley

STIPULATION FOR ENTRY OF
VOLUNTARY DISMISSAL OF
COMPLAINT WITHOUT PREJUDICE - 1